*In re* MIGUEL DEYNES SOTO.

*Número:* CP-1998-17     *Resuelto:* 24 de octubre de 2005

*Pedro E. Ortiz Álvarez*, abogado del querellado.

## RESOLUCIÓN

Examinados la Moción para Solicitar Reinstalación, del Sr. Miguel Deynes Soto, y los documentos de su expediente, se declara "con lugar" dicha moción. *Se reinstala al ejercicio de la abogacía tal y como fue solicitado, por haber cumplido el término de la suspensión decretada.*

*Notifíquese por telefax y por la vía ordinaria.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Hernández Denton y la Jueza Asociada Señora Fiol Matta no intervinieron.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*